JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS, | Case No. 2:20-cv-03912-RGK-MAA |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| JUAN M RODRIGUEZ, | |
| Defendant(s). | |

On January 20, 2021, the Court issued an Order to Show Cause (OSC) why the case should not be dismissed for lack of prosecution [13]. A response to the OSC was ordered to be filed on or before January 25, 2021. On January 25, 2021, plaintiff filed a proof of service of the summons and complaint [14]. The proof of service indicates that the defendant was served with the summons and complaint on October 27, 2020. The last day to timely serve the defendant was July 28, 2020. Therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 28, 2021

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE